BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00086-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| Francisco Valencia-Lopez, | ) | AND EXCLUDING TIME |
| aka Francisco Valencia, | ) | |
| aka Samuel Valencia-Lopez, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

        The parties request that the status conference in this case
be continued from May 5, 2011, to June 9, 2011 at 9:00 a.m.  They
stipulate that the time between May 5, 2011 and June 9, 2011
should be excluded from the calculation of time under the Speedy
Trial Act.  The parties stipulate that the ends of justice are
served by the Court excluding such time, so that counsel may have
reasonable time necessary for effective preparation, taking into
account the exercise of due diligence.  18 U.S.C. §
3161(h)(7)(B)(iv).  The parties are in the process of gathering
additional facts which may inform the anticipated plea agreement
in this case.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § (7)(B)(iv).

Dated:  May 3, 2011                     Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        */s/ Michele Beckwith*
                                    By: Michele Beckwith
                                        Assistant U.S. Attorney

Dated: May 3, 2011


                                        */s/ Jeffrey Staniels*
                                        JEFFREY STANIELS
                                        Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 5, 2011, be continued to June 9, 2011, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the June 9, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: May 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE